■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CRYSTAL WEST, on Behalf of ANDREW DAVIS, Appellant, v MICHAEL P. JACOBSON, Respondent. [641 NYS2d 539] —Appeal from judgment, Supreme Court, New York County (Herbert Adlerberg, J.), entered on or about January 26, 1996, which denied petitioner's application for a writ of habeas corpus, unanimously dismissed, without costs.

The appeal has been rendered moot by issuance of the Governor's warrant dated February 16, 1996 authorizing petitioner's extradition to Virginia (*People ex rel. McKinnon v Infante*, 108 AD2d 1026). Even assuming that petitioner was illegally detained for more than 90 days, he would have been entitled to no more than a release from custody and would still have been subject to extradition (*supra*; *People ex rel. Spence v Sheriff of County of Rensselaer*, 44 AD2d 867). Concur—Milonas, J. P., Kupferman, Ross and Tom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS ALBERTO RAMIREZ, Appellant. [641 NYS2d 539] —Judgment, Supreme Court, Bronx County (Edward Davidowitz, J.), rendered August 27, 1993, convicting defendant, after a jury trial, of two counts of criminal sale of a controlled substance in the third degree and of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 7 to 14 years, unanimously affirmed.

The prosecutor's summation was well within the wide latitude permitted in responding to arguments raised by defense counsel's closing statements (*People v Nai Hing Liang*, 208 AD2d 401). All of the inferences drawn by the prosecutor in summation were fairly drawn from the evidence (*People v Haynes*, 172 AD2d 242, *lv denied* 78 NY2d 967). Concur—Sullivan, J. P., Ellerin, Wallach, Williams and Mazzarelli, JJ.